**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**GARY LEON WEBSTER**                                                    **PLAINTIFF**
**ADC #114018**

**v.**                                   **CASE NO. 2:22-CV-00050-BSM**

**SOUTHLAND GAMING AND**
**RACING, Simulcasting Outlet,** *et al.*                      **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of March, 2022.

_____
UNITED STATES DISTRICT JUDGE